IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STEPHANIE BROADNAX, O/B/O K.T.H., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACTION NO. 2:07-CV-757-SRW ) |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) ) |
| Defendant. | ) |

## MOTION FOR EXTENSION OF TIME TO FILE BRIEF

COMES NOW the Commissioner of Social Security, by Leura G. Canary, United States Attorney for the Middle District of Alabama, and respectfully requests an extension of time within which to file his Brief:

1. In support of this Motion, the Commissioner advises the Court that the Office of the General Counsel for the Social Security Administration in Kansas City, which is responsible for preparing the briefs in these matters, has been diligently attempting to keep up with their various Social Security obligations which require preparing District Court briefs for eleven judicial districts and appellate briefs for ten districts in five circuits. The Social Security attorneys in Kansas City are also responsible for a myriad of other work including such matters as discrimination complaints by employees and Social Security applicants, personnel actions for the Merit Systems Protection Board, bankruptcy matters, state and federal court subpoenas, federal tort claims act cases, disability class actions and various formal and informal legal advice. The attorneys at the Social Security Administration, Office of General Counsel in Kansas City are diligently attempting to cope with the workload that they face.

**MOTION GRANTED**

THIS 6th DAY OF February, 20 08

_____
UNITED STATES MAGISTRATE JUDGE